## 1009 DUFFIELD vs. HOLMES (State Treasurer), 3 M., 544.

To compel respondent to pay to relator such sum as he was entitled to as holder of some of the circulating notes of the Government Stock Bank, out of the avails of the stock deposited with the treasurer.

Granted 1855.

Held, that an averment that such notes were issued by the bank necessarily implied that they were first duly countersigned

as required by the bank charter, and that circulating notes are not such claims as required proof at their presentation to the treasurer within the provisions of the charter.